

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00689-CR

Antoinette **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR12772B
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, we REVERSE the judgment of the trial court in Count 2 and RENDER a judgment of acquittal in Count 2. The judgment of the trial court in Count 1 is AFFIRMED.

SIGNED November 14, 2018.

_____
Irene Rios, Justice